**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 332 MAL 2014
:
          Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
FREDERICK WAYNE POPOWICH, :
:
          Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 333 MAL 2014
:
          Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
FREDERICK WAYNE POPOWICH, :
:
          Petitioner :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 12th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.